■ M. JOFFE & SONS BUILDERS, INC., Respondent, v HARRY SOLED, Appellant, et al., Defendants. (And Two Third-Party Titles.) — Order of the Supreme Court, Kings County (Dowd, J.), dated November 17, 1982, affirmed, with costs. (See *Sears, Roebuck & Co. v Enco Assoc.*, 43 NY2d 389; *Sosnow v Paul*, 43 AD2d 978, affd 36 NY2d 780.) Mollen, P. J., Weinstein, Brown and Rubin, JJ., concur.